DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL RUSSELL,** an individual, **SUMMUNZ.COM CO. LTD.,**
a Florida limited liability company, **EVENT WORLD, INC.,**
a Florida for-profit corporation, and **STATTUS GLOBAL, INC.,**
a Florida for-profit corporation,
Appellants,

v.

**STATTUS TECHNOLOGY, INC.,**
Appellee.

No. 4D19-2598

[February 13, 2020]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 502019CA005130XXXMB.

Peter A. Koziol, Eric N. Assouline, and Greg M. Popowitz of Assouline & Berlowe, P.A., Boca Raton, for appellants.

Andrew M. Schwartz, Christopher S. Salivar and Heather F. Beale of Andrew M. Schwartz, P.A., d/b/a Schwartz & Salivar Legal Team, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***